UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SKYLIGHT IMAGING LIMITED, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-CV-02049 JCH |
| ) | |
| PRACTECOL, LLC, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on attorney Joseph E. Martineau and the law firm of Lewis Rice, LLC's motion to withdraw as counsel for Defendant Practecol, LLC ("Practecol"). (Doc. No. 33). For the following reasons, the motion will be granted.

On February 27, 2020, counsel for Practecol filed a motion to withdraw as counsel for Defendant. The motion was unopposed. The Court held defense counsel's motion in abeyance, and imposed a notice of withdrawal period until April 30, 2020. (Doc. No. 34). The Court ordered Defendants to obtain substitute counsel no later than April 30, 2020. The Court also stated that defense counsel would be allowed to withdraw after that date, or upon the entry of substitute counsel. Because Defendant has not obtained substitute counsel by the deadline imposed, and has received adequate notice that the Court would permit its counsel to withdraw from representation in this matter, the Court will grant defense counsel's motion to withdraw from representation of Defendant in this matter.

With respect to Defendant Practecol, and as noted in the Court's previous Order, limited liability companies are artificial entities that can only act through agents, cannot appear *pro se*,

and must be represented by counsel. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993). "Entry of a default judgment is appropriate where a defendant corporation fails to comply with a court order to obtain counsel." *Woods v. KC Masterpiece*, No. 4:04-CV-936 CAS, slip op. at 1 (E.D. May 14, 2006) (quoting *R. Maganlal & Co. v. M.G. Chem. Co., Inc.*, No. 88 CIV. 4896 MJL THK, 1996 WL 715526, at *2 (S.D. N.Y. Dec. 12, 1996); *see Top Sales, Inc. v. Designer Vans, Inc.*, No. CIV.A. 3:96-CV-0721, 1997 WL 786254, at *2 (N.D. Tex. Dec. 11, 1997) (court grants counsel's motion to withdraw and orders defendant corporation to retain substitute counsel or risk having its pleadings stricken and default judgment entered against it)).

In its Memorandum and Order of March 23, 2020, the Court informed Practecol that default judgment may be entered against them if Defendant failed to obtain substitute counsel.  As stated above, said Defendant has not obtained substitute counsel, and the Court now permits former defense counsel to withdraw. Therefore, the Court will order Plaintiff to file motions to strike Defendant's pleadings, for Clerk's entry of default and, if appropriate, for default judgment, within thirty days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that attorney Joseph E. Martineau and the law firm of Lewis Rice, LLC's motion to withdraw as counsel for Defendant (Doc. No. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney Joseph E. Martineau and the law firm of Lewis Rice, LLC, are granted leave to withdraw from the representation of Defendant Practecol in this matter.

**IT IS FINALLY ORDERED** that within thirty (30) days of this Memorandum and Order, Plaintiff shall file separate motions to strike Defendant's pleadings, for Clerk's entry of default pursuant to Federal Rule of Civil Procedure 55(a) and, if appropriate, for default judgment pursuant

to Federal Rule of Civil Procedure 55(b), along with all necessary supporting documentation and proposed order(s) for the Court's consideration.

Dated this 4th day of May, 2020.

                                                                        /s/ Jean C. Hamilton
                                                                       JEAN C. HAMILTON
                                                                       UNITED STATES DISTRICT JUDGE